IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| JEANNE DORRIS, | § | |
| Plaintiff, | § | |
| vs. | § | |
| GENERAL ELECTRIC COMPANY, et al., | § | CIVIL ACTION NO. 3:00-CV-1337-L |
| Defendants. | § | |

## ORDER DISMISSING DEFENDANTS MINNESOTA MINING AND MANUFACTURING COMPANY A/K/A 3M AND MCGHAN MEDICAL CORPORATION WITH PREJUDICE

CAME ON TO BE CONSIDERED the Joint Motion to Dismiss Defendants 3M and McGhan With Prejudice filed by Plaintiff Jeanne Dorris and Defendants Minnesota Mining and Manufacturing Company a/k/a 3M and McGhan Medical Corporation. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims and causes of action against Defendants Minnesota Mining and Manufacturing Company a/k/a 3M and McGhan Medical Corporation are hereby DISMISSED with prejudice, costs of court to be paid by the party incurring same. This Order does not affect Plaintiff's claims against any other parties.

SIGNED this 27th day of December, 2001.

_____
U.S. DISTRICT JUDGE

ORDER DISMISSING DEFENDANTS MINNESOTA MINING AND MANUFACTURING COMPANY A/K/A 3M AND MCGHAN MEDICAL CORPORATION WITH PREJUDICE– Page 1

Doc ID KRONJ-627083
3111-0001

APPROVED AS TO FORM AND SUBSTANCE:

_____
W. CURT WEBB
BECK, REDDEN & SECREST
Attorneys for Defendant Minnesota Mining
and Manufacturing Company


_____
JEANNE DORRIS, Plaintiff, Pro Se

**ORDER DISMISSING DEFENDANTS MINNESOTA MINING AND MANUFACTURING COMPANY A/K/A 3M AND MCGHAN MEDICAL CORPORATION WITH PREJUDICE– Page 2**

Doc ID KRONJ-627083
3111-0001